IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD HOEFT,

      Plaintiff,

v.

ROBERT HARROP,

      Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-674-bbc

---

      This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB  presiding.  The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Robert Harrop dismissing this case.

_____
Peter Oppeneer, Clerk of Court

SEP 1 7 2009
_____
Date